IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHELLE PACHECO

    Plaintiff

v.                                                        No. 1:16-cv-00062 SMV

CAROLYN COLVIN

    Commissioner of Social security

## ORDER GRANTING EXTENSION

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time (Doc. 17) to file her Motion to Reverse and Remand and Supporting Brief , the Court ORDERS the following amended briefing schedule:   Plaintiff's Brief due July 22, 2016, Defendant's Response due September 20, 2016, Plaintiff's Reply due October 3, 2016.

SIGNED __June 22____, 2016.

                                                   _____
                                                 Stephan M. Vidmar
                                                 UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 6/21/16*
HELEN LAURA LOPEZ
Attorney for Plaintiff

*Electronically approved 6/21/16*
Laura Holland
Office of General Counsel, SSA