IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHELLE PACHECO**

    Plaintiff

v.                                                                                  No. 1:16-cv-00062 SMV

**CAROLYN COLVIN**

    Commissioner of Social security

## ORDER GRANTING EXTENSION

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time (Doc.21 ) to file her Motion to Reverse and Remand and Supporting Brief, the Court ORDERS the following amended briefing schedule:   Plaintiff's Brief due July 29, 2016, Defendant's Response due September 27, 2016, Plaintiff's Reply due October 11, 2016.

_____
Stephan M. Vidmar
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 7/15/16*
HELEN LAURA LOPEZ
Attorney for Plaintiff

*Electronically approved 7/15/16*
Laura Holland
Office of General Counsel, SSA