IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHELLE PACHECO,**
       **Plaintiff,**

     **vs.**                      **CIV NO.   1:16-00062-SMV**

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**
       **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 25) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Docs. 23 and 24), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until October 27, 2016 to file a response, and Plaintiff shall have until November 11, 2016, to file a reply.

SIGNED __September 28__, 2016.

                                        STEPHAN M. VIDMAR
                                        United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 09/27/2016*
LAURA HOLLAND
Special Assistant United States Attorney

*Electronically approved 09/26/2016*
HELEN LAURA LOPEZ
Attorney for Plaintiff