IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHELLE PACHECO

    Plaintiff

v.                                      No. 1:16-cv-00062 SMV

CAROLYN COLVIN, COMMISSIONER,

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER EXTENDING TIME

Upon consideration of Plaintiff's Unopposed Motion for Extending Time in which to submit her reply brief, the Court ORDERS that Plaintiff's brief shall be due on November 21, 2016.

SIGNED    November 14   , 2016.

                                                                     _____
                                                                     STEPHAN M. VIDMAR
                                                                     UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 11/10/16*
HELEN LAURA LOPEZ
Attorney for Plaintiff

*Electronically approved 11/7/16*
Thomas Kraus
Denver Office of General Counsel, SSA